UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:10-CR-00115-FDW

| UNITED STATES, | ) | |
| --- | --- | --- |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| RICK LEE PHILLIPS, | ) | |
| Defendants. | ) | |

The Court, *sua sponte*, orders that the Defendant Rick Lee Phillips be remanded to the custody of the United States Marshal for the Western District of North Carolina and directs that he be designated to the United States Bureau of Prisons for service of his sentence.

The Court finds there is probable cause that the Defendant has violated his post-sentence bond. Because he has already been sentenced and is only on bond at the pleasure of the Court, all prior orders authorizing defendant to self report or extending report date are hereby vacated by this order.

Signed: February 14, 2013

Frank D. Whitney
United States District Judge